1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  COURTNEY FEIN, #244785
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorneys for Defendant
   MANUEL REYNA-CASAREZ

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        ) No. CR. S-10-0071 FCD
                                    )
11               Plaintiff,         ) STIPULATION AND ORDER TO CONTINUE
                                    ) STATUS CONFERENCE
12      v.                          )
                                    ) Date:  JANUARY 4, 2011
13 MANUEL REYNA-CASAREZ             ) Time:   10:00 a.m.
                                    ) Judge: Hon. Frank C. Damrell, Jr.
14               Defendant.         )
   ─────────────────────────────── )

15

16      THE PARTIES STIPULATE, through counsel, Michele Beckwith,

17 Assistant United States Attorney, and Courtney Fein, Assistant Federal

18 Defender, attorney for MANUEL REYNA-CASAREZ, that the Court should

19 vacate the status conference scheduled for December 13, 2010, at 10:00

20 a.m., and reset it for January 4, 2011, at 10:00 a.m.

21      Counsel for the defendant requires further time to review

22 discovery, discuss the contents of the discovery with her client, and

23 has not yet received a probation report.

24      The parties further stipulate that the Court should exclude the

25 period from the date of this order through January 4, 2011, when it

26 computes the time within which the trial of the above criminal

27

28                                  1

1  prosecution must commence for purposes of the Speedy Trial Act.  The

2  parties stipulate that the ends of justice served by granting the

3  defendant's request for a continuance outweigh the best interest of the

4  public and the defendant in a speedy trial, and that this is an

5  appropriate exclusion of time for defense preparation within the

6  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

7  Dated: December 7, 2010              Respectfully submitted,

8                                       DANIEL BRODERICK
                                        Federal Defender
9
                                        /s/ C. Fein
10  _____

                                        COURTNEY FEIN
11                                       Assistant Federal Defender

12  Dated: December 7, 2010              BENJAMIN B. WAGNER
                                        United States Attorney
13
                                        /s/ C.Fein for
14  _____

                                        MICHELE BECKWITH
15                                       Assistant U.S. Attorney

16

17                              **ORDER**

18      **IT IS SO ORDERED.**  The status conference is continued to January

19  4, 2011 at 10:00 a.m.  The court finds that a continuance is necessary

20  for the reasons stated above, and further finds that the ends of

21  justice served by granting a continuance outweigh the best interests of

22  the public and the defendant in a speedy trial.  Time is therefore

23  excluded from the date of this order through January 4, 2011, pursuant

24  to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

25

26  DATED: December 7, 2010

27                              _____
                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE

28                                      2